No. 9274. STATE ex rel. BOARD OF RAILROAD COMMISSIONERS, JOHN E. HENRY, Chairman, LEONARD C. YOUNG and AUSTIN B. MIDDLETON, Commissioners, its individual members, RELATORS, v. The DISTRICT COURT of the EIGHTH JUDICIAL DISTRICT of the State of Montana, in and for the County of Cascade, and Honorable C. F. HOLT, one of the Judges thereof, RESPONDENTS.

255 Pac. (2d) 1087.

Decided January 28, 1953.

Mr. Arnold H. Olsen, Atty. Gen., Mr. H. M. Bricket, Asst. Atty. Gen., Mr. John H. Risken, Special Asst. Atty. Gen., and Secretary-Counsel for Board of Railroad Commissioners, for relators.

Per Curiam.

In this original proceeding, it is ordered that the application for a writ filed in the above entitled action is hereby denied and that this proceeding be dismissed.